**March 25, 1996**

22, Association of Apartment Owners of Phase III of Puualii
17018 Condominium v. Swire Properties (Hawai'i) Affirmed

**April 10, 1996**

18838 Sau Lai Lum, Matter of Guardianship of Affirmed